IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY JOHNSON**  PETITIONER
ADC #168599

v.  No. 4:22-cv-1214-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Johnson's § 2254 petition, *Doc. 2*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023