IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY JOHNSON**  PETITIONER
**ADC #168599**

v.  No. 4:22-cv-1214-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

## JUDGMENT

Johnson's § 2254 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023